## LARRY EDWARDS V. THE STATE.

No. 19239.   Delivered December 1, 1937.

The opinion states the case.

*Jack W. Frost* and *M. E. Lawrence,* both of Eastland, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The evidence adduced upon the trial is not brought forward for review. No complaint of the ruling of the trial court has been presented by bill of exception. In the absence of the evidence heard before the trial judge, this court is unable to appraise the matters presented in the motion for new trial.

The judgment is affirmed.

*Affirmed.*